|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| RAUL CARDENAS, | ) | No. CV-F-05-565 REC |
|---|---|---|
| | ) | (No. CR-F-95-5030 MDC) |
| | ) | |
| | ) | ORDER DECLINING TO ISSUE |
| Petitioner, | ) | CERTIFICATE OF APPEALABILITY |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

**Dated: September 19, 2005**          /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE

1